1 | McGREGOR W. SCOTT
United States Attorney
2 | S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2738

5 | Attorneys for Plaintiff
United States of America

**FILED**

JUL 19 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF )
)
)
1735 Watt Avenue )
Sacramento, CA )
)
)
)
)
)

NO. SW- **05-0172** KJM

EX PARTE APPLICATION TO FILE
SEARCH WARRANT DOCUMENTS
IN CAMERA AND UNDER SEAL;
[PROPOSED] ORDER

**[IN CAMERA AND UNDER SEAL]**

The United States of America hereby applies to this Court for an order sealing the search warrant, the application for a search warrant and affidavit, this application to seal, and the order to seal, until further order of the Court. In the present case, as set forth in the Affidavit in Support of the Search Warrant, the premature disclosure of the warrant and affidavit filed in support thereof in this case would potentially compromise the government's ongoing investigation of this matter.

Dated: July 18, 2005

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

ORDER

The United States of America has applied to this Court for an Order permitting it to file certain documents under seal. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED that the application and affidavit for a search warrant, the search warrant, the application to seal, and this Order, shall be filed with this Court in camera and under seal and shall not be disclosed to any person unless otherwise ordered by this Court. Federal agents are authorized to serve a copy of the warrant during its execution as required by law.

DATED: This 18th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE