1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738

**FILED**

MAR 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> ) <br> 1735 Watt Avenue ) <br> Sacramento, CA ) <br> ) <br> ) <br> _____ ) | SW-05-172 KJM <br><br> EX PARTE APPLICATION FOR ORDER TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT, APPLICATION TO SEAL AND ORDER TO SEAL; [PROPOSED] ORDER |

APPLICATION

The Untied States hereby files this ex parte application to unseal the application and affidavit for search warrant, the search warrant, the application to seal and Order to seal for the captioned matter.  Presently, the search warrant has been executed and there is no longer cause for these documents to remain sealed.  Accordingly, the Government respectfully requests

///
///
///
///
///
///

1 | that the application and affidavit for search warrant, the search
2 | warrant, application to seal and Order to seal for this matter be
3 | unsealed.
4 | DATED: March 22, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ S. ROBERT TICE-RASKIN
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the application and affidavit for search warrant, the search warrant, the application to seal, and the Order to seal for the captioned matter be UNSEALED.

Date: March 22, 2006

HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

2